## Commonwealth *v.* Jones, Appellant.

Submitted November 9, 1970. *John E. Caputo,* Assistant Public Defender, for appellant; *Alfred L. Steff, Jr.,* Assistant District Attorney, and *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kennedy, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.